[No. 17106–2–I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01168–2, Terrence A. Carroll, J., entered August 20, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 19605–7–I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTY L. HIGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02255–1, Susan R. Agid, J., entered November 26, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 19254–0–I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE LEROY FRENCH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03144–6, Robert E. Dixon, J., entered May 15, 1986. *Dismissed* by unpublished per curiam opinion.